# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

**Ibrahim Abu-Humos**
Plaintiff(s),

v.

**First Merit Bank, et al.**
Defendant(s).

Case No. 1:24-cv-12764

Judge Sunil R. Harjani

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $            ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: By order of the Court [69], the Court dismissed the complaint without prejudice and directed Plaintiff to file an amended complaint by 10/13/2025 if he so desired. The Court stated that if the Plaintiff did not file an amended complaint by 10/13/2025, the dismissal would automatically convert to a dismissal with prejudice. To date, the Plaintiff has not filed the amended complaint. This case is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
X  decided by Judge Harjani.

Date: 10/15/2025                              Thomas G. Bruton, Clerk of Court

                                              Lynette Santiago, Deputy Clerk